Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Rock N Concepts LLC** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 5 – 2 6 1 3 7 7 0 | |
| **4. Debtor's address** | **Principal place of business**  5805 Grandscape Blvd  Number    Street  The Colony, TX 75056  City    State    ZIP Code  Denton  County | **Mailing address, if different from principal place of business**  Number    Street  City    State    ZIP Code  **Location of principal assets, if different from principal place of business**  Number    Street  City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Rock N Concepts LLC** _____  Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❏ Chapter 7<br>❏ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>    ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ❏ A plan is being filed with this petition.<br>    ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes. District _____ When _____ Case number _____<br>                            MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                            MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ❏ No<br>☑ Yes. Debtor **Lava Cantina The Colony LLC**    Relationship **Affiliate**<br>       District **Eastern District of Texas**    When _____<br>                                                       MM / DD / YYYY<br>       Case number, if known _____ |

Debtor  **Rock N Concepts LLC**                                                                 Case number *(if known)* _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　Number　Street<br>_____<br>City　　　　　　　　　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>　　　　　　Contact name _____<br>　　　　　　Phone _____ |

|    **Statistical and administrative information** | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　　☑ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor  **Rock N Concepts LLC**                                    Case number *(if known)*
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/18/2025**
             MM/ DD/ YYYY

X **/s/ Ian Vaughn**                                              **Ian Vaughn**
Signature of authorized representative of debtor                   Printed name

Title  **Manager**

**18. Signature of attorney**

X           **/s/ Sarah M. Cox**                      Date  **02/18/2025**
Signature of attorney for debtor                            MM/ DD/ YYYY

**Sarah M. Cox**
Printed name

**Spector & Cox**
Firm name

**12770 Coit Road Suite 850**
Number        Street

**Dallas**                                    **TX**          **75251**
City                                          State          ZIP Code

**(214) 310-1321**                            **sarah@spectorcox.com**
Contact phone                                  Email address

**24119316**                                   **TX**
Bar number                                     State

Fill in this information to identify the case:

Debtor name: **Rock N Concepts LLC**

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ARF Financial<br>433 North Camden Drive Ste 810<br>Beverly Hills, CA 90210 | | | | | | $147,592.00 |
| 2 | Revenued<br>55 Almeria Ave 2nd floor<br>Miami, FL 33134 | | | | | | $48,500.00 |
| 3 | Headway Capital<br>175 W. Jackson Blvd. Ste 1000<br>Chicago, IL 60604 | | | | | | $34,000.00 |
| 4 | Restaurant 365<br>7 Bendix Ste B<br>Irvine, CA 92618 | | | | | | $5,331.02 |
| 5 | Tailored Food & Beverage<br>1009 Windfair Village<br>Las Vegas, NV 89145 | | | | | | $3,731.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor    **Rock N Concepts LLC**    Case number *(if known)* _____
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

U.S. Small Business Admin
Commercial Loan Servicing Center
2120 Riverfront Drive Suite 100
Little Rock, AR 72202

U.S. Small Business Admin
Loan Servicing Center
2120 Riverfront Drive Suite 100
Little Rock, AR 72202

Ameris Bank
575 Anton Blvd Ste 1080
Costa Mesa, CA 92626

ARF Financial
433 North Camden Drive Ste 810
Beverly Hills, CA 90210

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711

Attorney General of the United States
Office of the Attorney General
10th & Constitution Avenue, N.W. Room 5111
Washington, DC 20530

Breard Associates
5035 Bluebonnet Blvd, Ste A
Baton Rouge, LA 70809

Dos Caballeros, LLC
910 S. Acadian Thruway
Baton Rouge, LA 70806

First Commonwealth Equipment Finance
920 Casset Rd Ste 310
Berwyn, PA 19312

Headway Capital
175 W. Jackson Blvd. Ste 1000
Chicago, IL 60604

Ian Vaughn
5805 Grandscape Blvd
The Colony, TX 75056

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114

Lava Cantina The Colony LLC
5805 Grandscape Blvd
The Colony, TX 75056

Michael Santos
1009 Windfair Village
Las Vegas, NV 89145

Mission Valley Bank
9116 Sunland Blvd
Sun Valley, CA 91352

North Texas Certified Develop Corp
1255 W. 15th S Ste 500
Plano, TX 75075

Office of The United States Trustee
Bank of America Building
1100 Commerce St Room 976
Dallas, TX 75242

Regions Bank
3017 W 7th St #410
Fort Worth, TX 76107

Restaurant 365
7 Bendix Ste B
Irvine, CA 92618

Revenued
55 Almeria Ave 2nd floor
Miami, FL 33134

Steve Vaughn
4925 Rasor Blvd Apr 245
The Colony, TX 75056

Tailored Food & Beverage
1009 Windfair Village
Las Vegas, NV 89145

Texas Alcohol Beverage Commission
License and Permits Division
P.O. Box 13127
Austin, TX 78711

Texas Comptroller of Public Accounts
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778

United States Attorney's Office
Office of the United States Attorney
1100 Commerce Street 3rd floor
Dallas, TX 75242

William Short
3734 Hickory Grove Ln
Frisco, TX 75033

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Rock N Concepts LLC**                                      CASE NO

                                                                    CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **02/18/2025**        Signature        **/s/ Ian Vaughn**
                                             Ian Vaughn, Manager